IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | 1:01-MG-2029 |
| ) | |
| Plaintiff,      ) | ORDER ON GOVERNMENT'S |
| ) | MOTION TO DISMISS |
| ) | (Fed. R. Crim. P. 48 (a)) |
| v.      ) | |
| ) | |
| FNU LNU, aka "CHINO,"      ) | |
| ) | |
| Defendant.      ) | |
| ) | |
| _____ ) | |

O R D E R

IT IS HEREBY ORDERED that the complaint in the above-entitled case be dismissed as to FNU LNU, aka "CHINO" without prejudice and that the warrants previously issued for him be recalled.

Dated: December  19 , 2005         /s/Oliver W. Wanger
                                    Oliver W. Wanger
                                    U.S. District Judge

1